Certificate Number: 15322-PAE-DE-036955050

Bankruptcy Case Number: 22-12838



15322-PAE-DE-036955050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 4, 2022</u>, at <u>7:21</u> o'clock <u>PM CDT</u>, <u>Fernando Fernandez</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 4, 2022</u>  By:  <u>/s/Richard Reibeling</u>

Name:  <u>Richard Reibeling</u>

Title:  <u>Certified Credit Counselor</u>