EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No. 22-12838-pmm |
|---|---|
| Fernando Fernandez, | Chapter 13 |
| Debtor. | Related to ECF No. 10 |

**Order Granting Debtor's Motion to Extend Time to File Schedules,
Statements, and Other Documents Required by Fed. R. Bankr. P. 1007**

  **AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents Required by Fed. R. Bankr. P. 1007, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by Fed. R. Bankr. P. 1007 on or before November 18, 2022.

3. This case may be dismissed without further notice if the documents are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

Date: 11/8/22

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge