United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12838-pmm

Fernando Fernandez     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1
Date Rcvd: Nov 08, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fernando Fernandez, 1556 Mineral Spring Road, Reading, PA 19602-2227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor Fernando Fernandez mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL I. ASSAD | on behalf of Debtor Fernando Fernandez mail@cibiklaw.com cibiklawpc@jubileebk.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 22-12838-pmm |
| Fernando Fernandez, | Chapter 13 |
| Debtor. | Related to ECF No. 10 |

**Order Granting Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents Required by Fed. R. Bankr. P. 1007**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents Required by Fed. R. Bankr. P. 1007, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by Fed. R. Bankr. P. 1007 on or before November 18, 2022.

3. This case may be dismissed without further notice if the documents are not filed by the deadline stated in paragraph 2.

4. Any request for an extension of time must be filed prior to the expiration of the deadline stated in paragraph 2.

Date:  11/8/22

Patricia M. Mayer
U.S. Bankruptcy Judge