**FERNANDO FERNANDEZ**
1556 MINERAL SPRING RD
READING, PA 19602
US

| | |
|---|---|
| Pay Date | 09/09/2022 |
| Advice # | 77054248 |
| Pay Period Start | 08/27/2022 |
| Pay Period End | 09/02/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Exemptions**
State  0
Local  0

**Employment Information**
Pay Rate  $19.50
Job Code  3770
Job Shift  3 = Diff  $2.20

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**Earnings Totals**
Gross Pay
Net Pay

**Deduction Totals**
Taxes
Other Deductions

**Earnings Detail**
| | Rate | Hours/Units |
|---|---|---|
| REGULAR | $19.50 | 31.50 |
| REGULAR | $2.20 | 31.50 |

**Deductions Detail**
FICA EE
MEDICARE
PA W/H
PA ADDL
BETHEL B
BETHTLST

**Other Information**
Employee ID
Basis of Pay: Hourly
Fed Mult Jobs
Fed Dep Amt

**Distributions**
CHECKING ********8401

**Messages**
CONTACT YOUR HR DEPT. TO REPORT HARASSMENT

| Current | YTD |
|---|---|
| $683.55 | $1,117.55 |
| $584.26 | $954.86 |

| Current | YTD |
|---|---|
| $99.29 | $162.69 |
| | $0.00 |

| Current | YTD |
|---|---|
| $614.25 | $1,117.55 |
| $69.30 | |

| Current | YTD |
|---|---|
| $42.38 | $69.29 |
| $9.91 | $16.20 |
| $20.98 | $34.30 |
| $0.41 | $0.67 |
| $24.61 | $40.23 |
| $1.00 | $2.00 |

3086664
Non-exempt
TRUE
4000.0000

Current
$584.26

| | | | | | |
|---|---|---|---|---|---|
| FERNANDO FERNANDEZ | | DOLGENCORP, LLC<br>100 MISSION RIDGE<br>GOODLETTSVILLE TN 37072 | | | |
| 1556 MINERAL SPRING RD | | 1-877-218-0931 | | Current | YTD |
| READING, PA 19602 | | | | $770.35 | $1,887.90 |
| US | | Earnings Totals | | $491.11 | $1,445.97 |
| | | Gross Pay | | Current | YTD |
| Pay Date | 09/16/2022 | Net Pay | | $111.77 | $274.46 |
| Advice # | 77229194 | Deduction Totals | | $167.47 | $167.47 |
| | | Taxes | | | |
| Pay Period Start | 09/03/2022 | Other Deductions | Rate  Hours/Units | Current | YTD |
| | | Earnings Detail | $19.50   35.50 | $692.25 | $1,887.90 |
| Pay Period End | 09/09/2022 | REGULAR | $2.20    35.50 | $78.10 | |
| | | REGULAR | | Current | YTD |
| Department | 96100 | Deductions Detail | | $47.76 | $117.05 |
| SSN | xxxxx1380 | FICA EE | | $11.17 | $27.37 |
| | | MEDICARE | | $23.65 | $57.95 |
| | | PA W/H | | $0.46 | $1.13 |
| | | PA ADDL | | $27.73 | $67.96 |
| Exemptions | | BETHEL B | | $1.00 | $3.00 |
| State | 0 | BETHTLST | | $167.47 | $167.47 |
| Local | 0 | CHILD SP | | | |
| | | Other Information | | | 3086664 |
| | | Employee ID | | | Non-exempt |
| Employment Information | | Basis of Pay: Hourly | | | TRUE |
| | | Fed Mult Jobs | | | 4000.0000 |
| | | Fed Dep Amt | | | |
| Pay Rate | $19.50 | Distributions | | Current | |
| Job Code | 3770 | CHECKING ********8401 | | $491.11 | |
| | 3 = Diff | Messages | | | |
| Job Shift | $2.20 | CONTACT YOUR HR DEPT TO REPORT EMPLOYEE DISHONESTY | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FERNANDO FERNANDEZ | | DOLGENCORP, LLC 100 MISSION RIDGE GOODLETTSVILLE TN 37072 1-877-218-0931 | | | Current | YTD |
| 1556 MINERAL SPRING RD | | | | | $781.20 | $2,669.10 |
| READING, PA 19602 | | Earnings Totals | | | $500.40 | $1,946.37 |
| US | | Gross Pay | | | Current | YTD |
| Pay Date | 09/23/2022 | Net Pay | | | $113.33 | $387.79 |
| Advice # | 77393717 | Deductions Totals | | | $167.47 | $334.94 |
| | | Taxes | | | | |
| Pay Period Start | 09/10/2022 | Other Deductions | Rate | Hours/Units | Current $702.00 | YTD $2,669.10 |
| | | Earnings Detail | $19.50 | 36.00 | $79.20 | |
| Pay Period End | 09/16/2022 | REGULAR REGULAR | $2.20 | 36.00 | Current | YTD |
| Department | 96100 | Deductions Detail | | | $48.43 | $165.48 |
| SSN | xxxxx1380 | FICA EE | | | $11.33 | $38.70 |
| | | MEDICARE | | | $23.98 | $81.93 |
| | | PA W/H | | | $0.47 | $1.60 |
| | | PA ADDL | | | $28.12 | $96.08 |
| Exemptions | | BETHEL B | | | $1.00 | $4.00 |
| | | BETHTLST | | | $167.47 | $334.94 |
| State | 0 | CHILD SP | | | | |
| Local | 0 | Other Information | | | | 3086664 |
| | | Employee ID | | | | Non-exempt |
| | | Basis of Pay: Hourly | | | | TRUE |
| Employment Information | | Fed Mult Jobs Fed Dep Amt | | | | 4000.0000 |
| | | Distributions | | | Current | |
| Pay Rate | $19.50 | CHECKING ********8401 | | | $500.40 | |
| Job Code | 3770 | Messages | | | | |
| | 3 = Diff | BENEFIT QUESTIONS? PLEASE CALL 1-855-ASK-DGHR | | | | |
| Job Shift | $2.20 | | | | | |

| | | |
|---|---|---|
| FERNANDO FERNANDEZ | DOLGENCORP, LLC<br>100 MISSION RIDGE<br>GOODLETTSVILLE TN 37072 | |
| 1556 MINERAL SPRING RD | 1-877-218-0931 | |
| READING, PA 19602 US | | |

**Earnings Totals**

| | Current | YTD |
|---|---|---|
| Gross Pay | $781.20 | $3,450.30 |
| Net Pay | $500.39 | $2,446.76 |

| | | | |
|---|---|---|---|
| Pay Date | 09/30/2022 | | |
| Advice # | 77554422 | | |

**Deduction Totals**

| | Current | YTD |
|---|---|---|
| Taxes | $113.34 | $501.13 |
| Other Deductions | $167.47 | $502.41 |

| | |
|---|---|
| Pay Period Start | 09/17/2022 |
| Pay Period End | 09/23/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Earnings Detail**

| | Rate | Hours/Units | Current | YTD |
|---|---|---|---|---|
| REGULAR | $19.50 | 36.00 | $702.00 | $3,450.30 |
| REGULAR | $2.20 | 36.00 | $79.20 | |

**Deductions Detail**

| | Current | YTD |
|---|---|---|
| FICA EE | $48.44 | $213.92 |
| MEDICARE | $11.33 | $50.03 |
| PA W/H | $23.98 | $105.91 |
| PA ADDL | $0.47 | $2.07 |
| BETHEL B | $28.12 | $124.20 |
| BETHTLST | $1.00 | $5.00 |
| CHILD SP | $167.47 | $502.41 |

**Exemptions**

| | |
|---|---|
| State | 0 |
| Local | 0 |

**Other Information**

| | |
|---|---|
| Employee ID | 3086664 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | TRUE |
| Fed Dep Amt | 4000.0000 |

**Employment Information**

| | |
|---|---|
| Pay Rate | $19.50 |
| Job Code | 3770 |
| Job Shift | 3 = Diff  $2.20 |

**Distributions**

| | Current |
|---|---|
| CHECKING ********8401 | $500.39 |

**Messages**

FILING STATUS/EXEMPTION CHANGE - SUBMIT W-4 FORM

| | | | | | | Current | YTD |
|---|---|---|---|---|---|---|---|
| FERNANDO FERNANDEZ | | DOLGENCORP, LLC 100 MISSION RIDGE GOODLETTSVILLE TN 37072 1-877-218-0931 | | | | $726.95 | $4,327.25 |
| 1556 MINERAL SPRING RD | | | | | | $453.93 | $2,996.12 |
| READING, PA 19602 US | | **Earnings Totals** Gross Pay Net Pay | | | | Current | YTD |
| Pay Date | 10/07/2022 | **Deduction Totals** Taxes Other Deductions | | | | $105.55 $167.47 | $661.25 $669.88 |
| Advice # | 77719243 | | | | | Current | YTD |
| Pay Period Start | 09/24/2022 | | | Rate | Hours/Units | $653.25 | $4,177.25 |
| Pay Period End | 09/30/2022 | **Earnings Detail** REGULAR REGULAR PROD AWD | | $19.50 $2.20 | 33.50 33.50 | $73.70 $0.00 | $150.00 |
| Department | 96100 | **Deductions Detail** | | | | Current | YTD |
| SSN | xxxxx1380 | FICA EE MEDICARE FED W/H PA W/H PA ADDL BETHEL B BETHTLST CHILD SP | | | | $45.07 $10.55 $22.32 $0.44 $26.17 $1.00 $167.47 | $268.29 $62.75 $33.00 $132.84 $2.60 $155.77 $6.00 $669.88 |
| **Exemptions** | | | | | | | |
| State | 0 | | | | | | |
| Local | 0 | | | | | | |
| **Employment Information** | | **Other Information** Employee ID Basis of Pay: Hourly Fed Mult Jobs Fed Dep Amt | | | | | 3086664 Non-exempt TRUE 4000.0000 |
| Pay Rate | $19.50 | | | | | | |
| Job Code | 3770 | **Distributions** CHECKING ********8401 | | | | Current $453.93 | |
| | 3 = Diff | | | | | | |
| Job Shift | $2.20 | **Messages** BENEFITS ANNUAL ENROLLMENT - OCT 24 - NOV 4 | | | | | |

**FERNANDO FERNANDEZ**
1556 MINERAL SPRING RD
READING, PA 19602
US

| | |
|---|---|
| Pay Date | 10/14/2022 |
| Advice # | 77881673 |
| Pay Period Start | 10/01/2022 |
| Pay Period End | 10/07/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Exemptions**

| | |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**

| | |
|---|---|
| Pay Rate | $19.50 |
| Job Code | 3770 |
| | 3 = Diff |
| Job Shift | $2.20 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**Earnings Totals**

| | Current | YTD |
|---|---|---|
| Gross Pay | $710.68 | $5,187.93 |
| Net Pay | $440.03 | $3,531.58 |

**Deduction Totals**

| | Current | YTD |
|---|---|---|
| Taxes | $103.18 | $819.00 |
| Other Deductions | $167.47 | $837.35 |

**Earnings Detail**

| | Rate | Hours/Units | Current | YTD |
|---|---|---|---|---|
| REGULAR | $19.50 | 32.75 | $638.63 | $4,887.93 |
| REGULAR | $2.20 | 32.75 | $72.05 | $300.00 |
| PROD AWD | | | $0.00 | |

**Deductions Detail**

| | Current | YTD |
|---|---|---|
| FICA EE | $44.06 | $321.65 |
| MEDICARE | $10.30 | $75.22 |
| FED W/H | | $66.00 |
| PA W/H | $21.82 | $159.27 |
| PA ADDL | $0.42 | $3.11 |
| BETHEL B | $25.58 | $186.75 |
| BETHTLST | $1.00 | $7.00 |
| CHILD SP | $167.47 | $837.35 |

**Other Information**

| | |
|---|---|
| Employee ID | 3086664 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | TRUE |
| Fed Dep Amt | 4000.0000 |

**Distributions**

| | Current |
|---|---|
| CHECKING ********8401 | $440.03 |

**Messages**
ADDRESS CHANGE? YOU CAN UPDATE ON DGme

**FERNANDO FERNANDEZ**
1556 MINERAL SPRING RD
READING, PA 19602
US

| | |
|---|---|
| Pay Date | 10/21/2022 |
| Advice # | 78045033 |
| Pay Period Start | 10/08/2022 |
| Pay Period End | 10/14/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Exemptions**
| | |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**
| | |
|---|---|
| Pay Rate | $19.50 |
| Job Code | 3770 |
| | 3 = Diff |
| Job Shift | $2.20 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**Earnings Totals**
| | Current | YTD |
|---|---|---|
| Gross Pay | $770.35 | $6,108.28 |
| Net Pay | $546.93 | $4,173.93 |

**Deduction Totals**
| | Current | YTD |
|---|---|---|
| Taxes | $111.77 | $985.35 |
| Other Deductions | $111.65 | $949.00 |

**Earnings Detail**
| | Rate | Hours/Units | Current | YTD |
|---|---|---|---|---|
| REGULAR | $19.50 | 35.50 | $692.25 | $5,658.28 |
| REGULAR | $2.20 | 35.50 | $78.10 | |
| PROD AWD | | | $0.00 | $450.00 |

**Deductions Detail**
| | Current | YTD |
|---|---|---|
| FICA EE | $47.76 | $378.71 |
| MEDICARE | $11.17 | $88.57 |
| FED W/H | | $99.00 |
| PA W/H | $23.65 | $187.53 |
| PA ADDL | $0.46 | $3.66 |
| BETHEL B | $27.73 | $219.88 |
| BETHTLST | $1.00 | $8.00 |
| CHILD SP | $111.65 | $949.00 |

**Other Information**
| | |
|---|---|
| Employee ID | 3086664 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | TRUE |
| Fed Dep Amt | 4000.0000 |

**Distributions**
| | Current |
|---|---|
| CHECKING ********8401 | $546.93 |

**Messages**
REPORT EMPLOYEE DISHONESTY - STARS 1-800-334-9338

**FERNANDO FERNANDEZ**
1556 MINERAL SPRING RD
READING, PA 19602
US

| | |
|---|---|
| Pay Date | 10/28/2022 |
| Advice # | 78204146 |
| Pay Period Start | 10/15/2022 |
| Pay Period End | 10/21/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Exemptions**
| | |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**
| | |
|---|---|
| Pay Rate | $19.50 |
| Job Code | 3770 |
| | 3 = Diff |
| Job Shift | $2.20 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**Earnings Totals**

| | Current | YTD |
|---|---|---|
| Gross Pay | $770.35 | $7,028.63 |
| Net Pay | $546.91 | $4,816.26 |

**Deduction Totals**

| | Current | YTD |
|---|---|---|
| Taxes | $111.79 | $1,151.72 |
| Other Deductions | $111.65 | $1,060.65 |

**Earnings Detail**

| | Rate | Hours/Units | Current | YTD |
|---|---|---|---|---|
| REGULAR | $19.50 | 35.50 | $692.25 | $6,428.63 |
| REGULAR | $2.20 | 35.50 | $78.10 | |
| PROD AWD | | | $0.00 | $600.00 |

**Deductions Detail**

| | Current | YTD |
|---|---|---|
| FICA EE | $47.77 | $435.78 |
| MEDICARE | $11.17 | $101.92 |
| FED W/H | | $132.00 |
| PA W/H | $23.65 | $215.79 |
| PA ADDL | $0.47 | $4.22 |
| BETHEL B | $27.73 | $253.01 |
| BETHTLST | $1.00 | $9.00 |
| CHILD SP | $111.65 | $1,060.65 |

**Other Information**

| | |
|---|---|
| Employee ID | 3086664 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | TRUE |
| Fed Dep Amt | 4000.0000 |

**Distributions**

| | Current |
|---|---|
| CHECKING ********8401 | $546.91 |

**Messages**
BENEFITS ANNUAL ENROLLMENT ENDS 11/04/22

**FERNANDO FERNANDEZ**
1556 MINERAL SPRING RD
READING, PA 19602
US

| | |
|---|---|
| Pay Date | 11/04/2022 |
| Advice # | 78366366 |
| Pay Period Start | 10/22/2022 |
| Pay Period End | 10/28/2022 |
| Department | 96100 |
| SSN | xxxxx1380 |

**Exemptions**
| | |
|---|---|
| State | 0 |
| Local | 0 |

**Employment Information**
| | |
|---|---|
| Pay Rate | $19.50 |
| Job Code | 3770 |
| | 3 = Diff |
| Job Shift | $2.20 |

DOLGENCORP, LLC
100 MISSION RIDGE
GOODLETTSVILLE TN 37072
1-877-218-0931

**Earnings Totals**
| | Current | YTD |
|---|---|---|
| Gross Pay | $781.20 | $7,959.83 |
| Net Pay | $556.22 | $5,467.91 |

**Deduction Totals**
| | Current | YTD |
|---|---|---|
| Taxes | $113.33 | $1,319.62 |
| Other Deductions | $111.65 | $1,172.30 |

**Earnings Detail**
| | Rate | Hours/Units | Current | YTD |
|---|---|---|---|---|
| REGULAR | $19.50 | 36.00 | $702.00 | $7,209.83 |
| REGULAR | $2.20 | 36.00 | $79.20 | |
| PROD AWD | | | $0.00 | $750.00 |

**Deductions Detail**
| | Current | YTD |
|---|---|---|
| FICA EE | $48.43 | $493.51 |
| MEDICARE | $11.33 | $115.42 |
| FED W/H | | $165.00 |
| PA W/H | $23.98 | $244.38 |
| PA ADDL | $0.47 | $4.78 |
| BETHEL B | $28.12 | $286.53 |
| BETHTLST | $1.00 | $10.00 |
| CHILD SP | $111.65 | $1,172.30 |

**Other Information**
| | |
|---|---|
| Employee ID | 3086664 |
| Basis of Pay: Hourly | Non-exempt |
| Fed Mult Jobs | TRUE |
| Fed Dep Amt | 4000.0000 |

**Distributions**
| | Current |
|---|---|
| CHECKING ********8401 | $556.22 |

Messages
CALL 1-888-237-4114 TO REPORT WORK OFF THE CLOCK