UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>  Fernando Fernandez<br><br>  Debtor | Chapter 13<br>Bankruptcy No.22-12838-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of March, 2023, by first class mail upon those listed below:

Fernando Fernandez
1556 Mineral Spring Road
Reading, PA  19602

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
―――――――――――――――――――
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee