United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fernando Fernandez  
    Debtor

Case No. 22-12838-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 20, 2023      Form ID: 155      Total Noticed: 32

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fernando Fernandez, 1556 Mineral Spring Road, Reading, PA 19602-2227 |
| 14732442 | + | Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14732443 | + | City of Reading, 815 Washington St, Reading, PA 19601-3690 |
| 14732446 | + | NYS Office of Temporary & Disability Ass, Attn: Bankruptcy, 40 N Pearl St, Albany, NY 12207-2847 |
| 14732447 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14732449 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14732451 | | Reading Area Water Authority, 1801 Kutztown Rd, Reading, PA 19604-1515 |
| 14732452 | + | Reading School District, 800 Washington St, Reading, PA 19601-3691 |
| 14732604 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14732456 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14740125 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 00:02:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14732436 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2023 00:02:40 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14732437 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 20 2023 23:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14732438 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 20 2023 23:57:00 | Bank of America, Attn: Bankruptcy, NC, PO Box 26012, Greensboro, NC 27420-6012 |
| 14733103 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 20 2023 23:57:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14740973 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 20 2023 23:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14732439 | | Email/Text: taxclaim@countyofberks.com | Apr 20 2023 23:57:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14732440 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2023 00:02:29 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14741460 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2023 00:02:30 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14743104 | | Email/Text: mrdiscen@discover.com | Apr 20 2023 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14732444 | + | Email/Text: mrdiscen@discover.com | Apr 20 2023 23:57:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14732445 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2023 23:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

Case 22-12838-pmm   Doc 37   Filed 04/22/23   Entered 04/23/23 00:30:24   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 155 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 14745840 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2023 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14732441 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2023 00:02:37 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14742374 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2023 00:02:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732448 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2023 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14732450 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 20 2023 23:57:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14737191 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 20 2023 23:57:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14730743 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2023 00:02:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14732455 | + | Email/Text: Bankruptcy@teachersfcu.org | Apr 20 2023 23:57:00 | Teachers Federal Credit Union, Attn: Bankruptcy, P.O. Box 9005, Smithtown, NY 11787-9005 |
| 14732457 | ^ | MEBN | Apr 20 2023 23:53:16 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14732458 | ^ | MEBN | Apr 20 2023 23:53:06 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14732454 | | Synchrony Bank/Sams Club, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |
| 14732453 | | Synchrony Bank/hhgregg, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 20, 2023 | Form ID: 155 | Total Noticed: 32 |

MICHAEL A. CIBIK
    on behalf of Debtor Fernando Fernandez mail@cibiklaw.com cibiklawpc@jubileebk.net

MICHAEL I. ASSAD
    on behalf of Debtor Fernando Fernandez mail@cibiklaw.com cibiklawpc@jubileebk.net

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Fernando Fernandez
      Debtor(s)

Chapter: 13
Bankruptcy No: 22−12838−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 20, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Patricia M. Mayer
                                        Judge ,
                                        United States Bankruptcy Court