| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12838-PMM

Fernando Fernandez
1556 Mineral Spring Road
Reading  PA    19602

Petition Filed Date: 10/24/2022
341 Hearing Date: 01/10/2023
Confirmation Date: 04/20/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2023 | $340.00 | | 03/06/2023 | $340.00 | | 04/03/2023 | $340.00 | |
| 05/04/2023 | $340.00 | | 06/06/2023 | $340.00 | | 07/05/2023 | $340.00 | |

**Total Receipts for the Period:  $2,040.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,380.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ROCKET MORTGAGE LLC<br>»» 002 | Secured Creditors | $435.78 | $0.00 | $435.78 |
| 3 | AMERICAN EXPRESS NATIONAL BANK<br>»» 003 | Unsecured Creditors | $2,091.59 | $0.00 | $2,091.59 |
| 4 | BANK OF AMERICA NA<br>»» 004 | Unsecured Creditors | $12,095.82 | $0.00 | $12,095.82 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $6,427.84 | $0.00 | $6,427.84 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $2,804.52 | $0.00 | $2,804.52 |
| 7 | DISCOVER BANK<br>»» 007 | Unsecured Creditors | $15,838.52 | $0.00 | $15,838.52 |
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $1,863.20 | $1,861.80 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $9,114.14 | $0.00 | $9,114.14 |

**Chapter 13 Case No. 22-12838-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,380.00 | Current Monthly Payment: | $522.00 |
| Paid to Claims: | $1,863.20 | Arrearages: | $388.00 |
| Paid to Trustee: | $207.40 | Total Plan Base: | $29,390.00 |
| Funds on Hand: | $309.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.